**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

U. S. MARSHALS SERVICE *See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED

| PLAINTIFF | |
|---|---|
| Maurice Bernard Moore | SEP 15 2023 |

COURT CASE NUMBER
2:23-cv-02385-JAR-TJJ

| DEFENDANT | |
|---|---|
| Daniel L. Hebert, et al | DISTRICT OF KANSAS |

TYPE OF PROCESS
Civil service

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Julie McKenna

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
114 South 7th Street, Salina, KS  67401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Maurice Bernard Moore
4938 Hampden Lane
Apartment #576
Bethesda, MD 20814

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

FILED
U.S. District Court
District of Kansas

OCT 24 2023

Clerk, U.S. District Court
By_____ Deputy Clerk

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jeffrey S Hokanson  Digitally signed by Jeffrey S Hokanson Date: 2023.09.14 09:30:12 -05'00' | [X] PLAINTIFF  [ ] DEFENDANT | 301-523-6586 | 9/14/2023 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 of 3 | No. 31 | No. 31 | P Brown | 9-29-23 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am |
|---|---|---|---|
| | Service by Mail 10/16/2023 | | [ ] pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

| REMARKS | Date summons sent by certified mail (See tracking strip): 09/29/2023 |
|---|---|
| | Date of Service (Used USPS Track and Confirm, as return receipt not dated.) |
| | Date on Track and Confirm:  10/23/2023, Delivered. |

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

|  |  |
|---|---|
| Maurice Bernard Moore <br><br> *Plaintiff(s)* <br> v. <br><br> Daniel L. Hebert, et al <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No.  2:23-cv-02385-JAR-TJJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Julie McKenna
        114 South 7th Street
        Salina, KS  67401

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Maurice Bernard Moore
        4938 Hampden Lane
        Apartment #576
        Bethesda, MD 20814
        301-523-6586

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        *CLERK OF COURT*

Date:       09/14/2023                                         /s/ J. Hokanson, Deputy Clerk

                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:23-cv-02385-JAR-TJJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This sum

was received by

☐ I pers

☐ I left

on *(date)*

☐ I serv

designa

☐ I retu

☐ Othe:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X *Sandy Enuti* ☐ Agent ☐ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery <br> *Sandy Entr. Ken* |
| 1. Article Addressed to: <br> 2:23 - 02385   2 of 3 <br> **JULIE McKENNA** <br> **114 SOUTH 7TH STREET** <br> **SALINA, KS 67401** | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 9590 9402 8454 3156 4943 80 | 3. Service Type <br> ☐ Adult Signature <br> ☐ Adult Signature Restricted Delivery <br> ☑ Certified Mail® <br> ☐ Certified Mail Restricted Delivery <br> ☐ Collect on Delivery <br> ☐ Collect on Delivery Restricted Delivery <br> ☐ Mail <br> ☐ Mail Restricted Delivery | ☐ Priority Mail Express® <br> ☐ Registered Mail™ <br> ☐ Registered Mail Restricted Delivery <br> ☐ Signature Confirmation™ <br> ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) <br> 7022 3330 0001 6941 1761 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

My fees are $ _____ 

I declare under pena

Date: _____

Additional information rega

a total of $   0.00

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | 4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | 3.35 |
| ☐ Return Receipt (electronic) $ | |
| ☐ Certified Mail Restricted Delivery $ | |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $ | 1.83 |
| Total Postage and Fees | |
| $ | 9.73 |

10-12-23
Postmark
Here

Sent To   **JULIE McKENNA**
Street and Apt. No., o   **114 SOUTH 7TH STREET**
City, State, ZIP+4®   **SALINA, KS 67401**

PS Form 3800, Apr

7022 3330 0001 6941 1761

ature

nd title

lress

# USPS Tracking®

**Tracking Number:**                                                      Remove ✕

# 70223330000169411754

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:44 pm on October 16, 2023 in SALINA, KS 67401.

---

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

## Delivered
### Delivered, Left with Individual

SALINA, KS 67401
October 16, 2023, 1:44 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                        ∨

---

**USPS Tracking Plus®**                                                          ∨

---

**Product Information**                                                          ∨

## See Less ∧

Track Another Package

Enter tracking or barcode numbers