| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

U. S. MARSHALS SERVICE
RECEIVED
SEP 15 2023
DISTRICT OF KANSAS

| PLAINTIFF<br>Maurice Bernard Moore | COURT CASE NUMBER<br>2:23-cv-02385-JAR-TJJ |
|---|---|
| DEFENDANT<br>Daniel L. Hebert, et al | TYPE OF PROCESS<br>Civil service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Daniel L. Hebert
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1127 Republic Circle, Salina, KS  67401

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Maurice Bernard Moore<br>4938 Hampden Lane<br>Apartment #576<br>Bethesda, MD 20814 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 3 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED
U.S. District Court
District of Kansas
OCT 24 2023
Clerk, U.S. District Court
By_____ Deputy Clerk

| Signature of Attorney other Originator requesting service on behalf of:<br>Jeffrey S Hokanson  Digitally signed by Jeffrey S Hokanson<br>Date: 2023.09.14 09:30:12 -05'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>301-523-6586 | DATE<br>9/14/2023 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 of 3 | District of Origin<br>No. 31 | District to Serve<br>No. 31 | Signature of Authorized USMS Deputy or Clerk<br>P Brown   Service by Mail | Date<br>1-29-23<br>10/16/2023 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

Date summons sent by certified mail (See tracking strip): 09/29/2023
Date of Service (Used USPS Track and Confirm, as return receipt not dated.)
Date on Track and Confirm:  10/23/2023, Delivered.

<< Costs/Fees, attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| Maurice Bernard Moore<br><br>*Plaintiff(s)*<br>v.<br><br>Daniel L. Hebert, et al<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-02385-JAR-TJJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel L. Hebert
1127 Republic Circle
Salina, KS 67401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Maurice Bernard Moore
4938 Hampden Lane
Apartment #576
Bethesda, MD 20814
301-523-6586

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/14/2023

/s/ J. Hokanson, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-02385-JAR-TJJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This [summons for] was received [by me on (date)]

☐ I [personally served the summons on the individual at (place)] on (date); or

☐ I [left the summons at the individual's residence or usual place of abode with (name)], a person of suitable age and discretion who resides there, on (date), and mailed a copy to the individual's last known address; or

☐ I [served the summons on (name of individual)], who is designated by law to accept service of process on behalf of (name of organization) on (date); or

☐ I [returned the summons unexecuted because]; or

☐ Other:

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2:23-02385  1 of 3

DANIEL L. HERBERT
1127 REPUBLIC CIRCLE
SALINA, KS 67401

9590 9402 8454 3156 4942 98

2. Article Number *(Transfer from service label)*
7022 3330 0001 6941 1754

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signed] ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $ 4.35
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ 3.55
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery $
Postage  $ 1.83
Total Postage and Fees  $ 9.73

Postmark Here  10-12-23

Sent To  DANIEL L. HERBERT
Street and Apt. No.  1127 REPUBLIC CIRCLE
City, State, ZIP+4®  SALINA, KS 67401

PS Form 3800, April...

7022 3330 0001 6941 1754

---

My fees are $ ___ [for travel and $ ___ for services, for] a total of $ 0.00.

I declare under penalty [of perjury that this information is true.]

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding [attempted service, etc.:]

# USPS Tracking®

FAQs >

Tracking Number:

## 70223330000169411761

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:09 pm on October 16, 2023 in SALINA, KS 67401.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

SALINA, KS 67401
October 16, 2023, 3:09 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**    ⌄

**USPS Tracking Plus®**    ⌄

**Product Information**    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers